**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, as Trustee, | ) ) ) ) | |
| | ) | Case No. 20 cv 4618 |
| *Plaintiffs*, | ) | |
| v. | ) | Judge John F. Kness |
| | ) | |
| FCA US LLC, | ) | Magistrate Judge Maria Valdez |
| a Delaware limited liability company, | ) | |
| | ) | |
| *Defendant*. | ) | |

## STIPULATION OF DISMISSAL

NOW COME Plaintiffs and Defendant and each stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this case be dismissed (a) with prejudice with respect to the claims for unpaid contributions for the period of January 1, 2012 through September 29, 2018, along with related interest, statutory damages, attorney's fees and costs, and audit fees and costs, and (b) without prejudice with respect to the claims for unpaid contributions for the period of September 30, 2018 through July 3, 2021, along with related interest, statutory damages, attorney's fees and costs, and audit fees and costs, in accordance with the Settlement Agreement and Release entered into and executed by the parties.

Respectfully submitted,

*/s/ Lois J. Yu*
Lois J. Yu (ARDC #6321772)
Central States Law Department
8647 W. Higgins Road, 8th Floor
Chicago, Illinois 60631
(847) 939-2116
lyu@centralstatesfunds.org
*COUNSEL FOR PLAINTIFFS*

*/s/ Michael L. DeMarino (with consent)*
Michael L. DeMarino, IL No. 6298337
(mdemarino@seyfarth.com)
SEYFARTH SHAW LLP
233 South Wacker, Suite 8000
Chicago, IL 60606
Phone: 312-460-5000
Fax: 312-460-7000
*COUNSEL FOR DEFENDANT*

/s/ Reagan M. Brown (with consent)
Reagan M. Brown (Texas 03162200)
Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100
Houston, TX 77010
(713) 651-5469
November 3, 2021                           reagan.brown@nortonrosefulbright.com
*COUNSEL FOR DEFENDANT*